ACCEPTED
03-14-00197-CV
3650441
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 2:09:14 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00197-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 2:09:14 PM
JEFFREY D. KYLE
Clerk

GRAPHIC PACKAGING CORPORATION,
*Appellant,*

v.

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS, AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellees.*

On Appeal from the 353rd Judicial District Court
Travis County, Texas

## NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015.

Accordingly, the Appellees now should be designated "Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas."

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney
  General

JAMES E. DAVIS
Deputy Attorney General for
  Civil Litigation

JONATHAN F. MITCHELL
Solicitor General

/s/ Rance Craft
RANCE CRAFT
Assistant Solicitor General
State Bar No. 24035655

CYNTHIA A. MORALES
Assistant Attorney General
State Bar No. 14417420

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

On January 5, 2015, this **Notice of Automatic Substitution of Public Officers** was served by File & Serve Xpress on:

James F. Martens
 jmartens@textaxlaw.com
Amanda G. Taylor
 ataylor@textaxlaw.com
Lacy L. Leonard
 lleonard@textaxlaw.com
Danielle Ahlrich
 dahlrich@textaxlaw.com
MARTENS, TODD, LEONARD &
 TAYLOR
301 Congress Avenue, Suite 1950
Austin, Texas 78701

*Counsel for Appellant*

Amy L. Silverstein
 asilverstein@sptaxlaw.com
SILVERSTEIN & POMERANTZ LLP
12 Gough Street, Second Floor
San Francisco, California 94103

*Counsel for Appellant*

/s/ Rance Craft
Rance Craft